FEBRUARY 20, 1961.

No. 4. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. *v.* STREET ET AL. Appeal from the Supreme Court of Georgia. (Probable jurisdiction noted, 361 U. S. 807. Argued April 21, 1960. Set for reargument, 363 U. S. 825.) Motion of Kenneth L. Hostetler et al. for leave to file brief, as *amici curiae,* granted. *Herbert M. Brune* for movants. *Milton Kramer* and *Lester P. Schoene* for appellants, and *E. Smyth Gambrell* and *W. Glen Harlan* for appellees, in opposition.

No. 39. MONROE ET AL. *v.* PAPE ET AL. Certiorari, 362 U. S. 926, to the United States Court of Appeals for the Seventh Circuit. (Decided this date and opinion reported, *ante,* p. 167.) Motion of petitioners for leave to file supplemental brief after argument granted. *Morris L. Ernst, Donald Page Moore, Ernst Liebman, Charles Liebman* and *John W. Rogers* for movants.

No. 55. UNITED STATES *v.* E. I. DU PONT DE NEMOURS & Co. ET AL. Appeal from the United States District Court for the Northern District of Illinois. (Probable jurisdiction noted, 362 U. S. 986.) Motion of Clara M. Blum et al. for leave to file brief, as *amici curiae,* granted. MR. JUSTICE CLARK and MR. JUSTICE HARLAN took no part in the consideration or decision of this motion. *Joseph M. Proskauer* and *Harold H. Levin* for movants.

No. 203. ELI LILLY & Co. *v.* SAV-ON-DRUGS, INC. Appeal from the Supreme Court of New Jersey. (Probable jurisdiction noted, 364 U. S. 860.) Motion of the State of New Jersey to be named a party appellee granted. *David D. Furman,* Attorney General of New Jersey, and *David M. Satz,* First Assistant Attorney General, on the motion.